No. 12,348.

PEOPLES BANK OF NEW ORLEANS VS. GEORGE P. P. DAVID ET ALS.

This decision affirms that given in Peoples Bank vs. David *et als.*, 49 An., *ante*, p. 186.

APPEAL from the Civil District Court for the Parish of Orleans. *Ellis, J.*

---

*E. Howard McCaleb* for Plaintiff, Appellee.

---

*Charles F. Claiborne* and *Merrick & Merrick* for Tutor of Minors Agnelly, Defendants, Appellants.

---

Submitted on briefs December 15, 1896.
Opinion handed down February 1, 1897.

---

The opinion of the court was delivered by

MILLER, J. This is an appeal by the tutor of the minors Agnelly, from the judgment in this case, the subject of the other appeal, recently decided by us.

For the reasons assigned in that decision, it is now ordered that the judgment appealed from be affirmed.